CLARA E. WYKER, Respondent, v. MATILDA M. MILLER, Appellant, Impleaded with Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

ALLEN T. COBB, Appellant, v. CITY OF ROCHESTER and Others, Respondents. — Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

EMPIRE STATE RAILROAD CORPORATION, Appellant, v. THE STATE OF NEW YORK, Respondent. (Claim No. 2495-A.) — Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

FIRST BANK AND TRUST COMPANY OF UTICA, Respondent, v. EDWARD J. PROVENGA, Appellant, Impleaded with Others, Defendants.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

HARRY SMITH, Appellant, v. MANHATTAN COLLEGE and Others, Respondents. — Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

SADIE SMITH, Appellant, v. MANHATTAN COLLEGE and Others, Respondents. — Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

T. BYRON BURNHAM, Respondent, v. CHARLES D. SWIFT and Another, Appellants.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

ANNA NIZIALEK, Individually and as Administratrix, etc., of ANDREW NIZIALEK, Deceased, and Others, Respondents, v. AGNIESZKA SLOMOWICZ, Appellant, Impleaded with Others, Defendants.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

SOUTHERN DISCOUNT COMPANY, Respondent, v. JOHN H. PEPPER, Appellant. — Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

JAMES O. SEBRING, Appellant, v. JOHN L. WHITE, Respondent.— Motions granted, and appeals taken from orders dated January 11, 1929, January 28, 1929, April 29, 1929, March 25, 1930, April 5, 1930, April 25, 1930, and May 21, 1930, dismissed, with ten dollars costs. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

JOHN L. WHITE, Respondent, v. JAMES O. SEBRING, Appellant.— Motions granted and appeals taken from orders dated October 22, 1925, May 4, 1928, June 23, 1928, April 29, 1929, March 25, 1930, April 5, 1930, April 25, 1930, and May 21, 1930, dismissed, with ten dollars costs. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

JOHN G. ELBS, Respondent, v. LOUIS SHULMAN, Appellant.— Appeal dismissed, unless appellant shall serve briefs in typewritten form by October sixth, and shall be ready to argue the appeal on any later date during present term. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.